

Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in The U.S. DISTRICT COURT at Seattle, Washington.

January 23, 20 03.
BRUCE RIFKIN, Clerk
By _____ Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT ~~SEATTLE~~ TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO **CR03-5087** FDB |
| Plaintiff, | |
| v | INDICTMENT |
| WILLIAM HOWARD SWIFT, | |
| Defendant | |

The Grand Jury charges that

### Count 1

(Assault with a Dangerous Weapon)

On or about December 13, 2002, on the Port Gamble S'Klallam Indian Reservation, in Indian Country as defined by Title 18, United States Code, Section 1151, and within the Western District of Washington, WILLIAM HOWARD SWIFT, an Indian and an enrolled member of the Quinault Tribe, knowingly did assault William G Swift with a dangerous weapon, to wit, a metal pipe, and did so with the intent to do bodily harm and without just cause or excuse,

All in violation of Title 18, United States Code, Section 113(a)(3) and Section 1153

//
//



INDICTMENT/WILLIA    CR 03-5087 #001
2003R000150

UNITED STATES ATTORNEY
601 Union Street, Suite 5100
Seattle, Washington 98101-3903
(206) 553-7970

<u>Count 2</u>

(Assault by Striking, Beating or Wounding)

On or about December 13, 2002, on the Port Gamble S'Klallam Indian Reservation, in Indian Country as defined by Title 18, United States Code, Section 1151, and within the Western District of Washington, WILLIAM HOWARD SWIFT, an Indian and an enrolled member of the Quinualt Tribe, knowingly did assault Francine Swift by striking, beating and wounding her.

All in violation of Title 18, United States Code, Section 113(a)(4) and Section 1153

A TRUE BILL

DATED. 1/23/03

_____
FOREPERSON

_____
JOHN McKAY
United States Attorney

_____
CARL BLACKSTONE
Assistant United States Attorney

_____
SUSAN M ROE
Assistant United States Attorney

INDICTMENT/WILLIAM H SWIFT - 2
2003R000150